

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00300-CV

| | | |
|---|---|---|
| Aaron Kyle Dodd and Olivia Peirce, Appellants | § § | On Appeal from County Court at Law No. 2 |
| | § | of Wise County (CV-9654) |
| v. | § | August 26, 2025 |
| | § | |
| Venus Rasuli and Nasir Rasuli, Appellees | | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that appellants Aaron Kyle Dodd and Olivia Peirce shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker